IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                           CRIMINAL NO. 5:08cr10DCB-JCS

LUTHER M. VINE

### ORDER DISMISSING INDICTMENT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss the indictment without prejudice.

SO ORDERED, this the   22nd  day of September, 2008.

                                                                          s/ David Bramlette
                                                                     DAVID BRAMLETTE, III.
                                                                     United States District Judge